# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO.  3:96cr80LAC

STEVEN ANTHONY GRAHAM

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  August 16, 2005

Motion/Pleadings:  MOTION TO VACATE DISTRICT COURT ORDER DENYING MOTION TO REOPEN HABEAS JUDGMENT AS A RESULT OF FRAUD UPON THE COURT

Filed by DEFENDANT PRO SE            on 8/5/05            Doc.# 121

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

___ Stipulated    ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy-Wells

LC (1 OR 2)                          Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of August, 2005, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

s/ *L.A. Collier*

**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.