# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                              Case No: 3:96cr80/LAC

STEVEN ANTHONY GRAHAM

---

### ORDER

The defendant has filed a Notice of Appeal of the court's order denying his motion to vacate district court order denying motion to reopen habeas judgment as a result of fraud upon the court. (Doc. 123). To the extent he seeks the issuance of a certificate of appealability, because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

Defendant has also filed a motion for leave to proceed *in forma pauperis.* (Doc. 125). Because the court finds that the appeal is not taken in good faith, defendant is not entitled to so proceed, and his motion is denied. Defendant shall pay the $255.00 appellate filing fee within thirty days.

DONE AND ORDERED this 1st day of November, 2005.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**