# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                             Case No. 3:96cr80/LAC

STEVEN ANTHONY GRAHAM,

     Defendant.

_____/

## **ORDER**

This cause is before the Court on remand from the Eleventh Circuit Court of Appeals for the determination of whether a Certificate of Appealability should issue from this Court's denial of Defendant's pleading entitled "Defendant Gives Judicial Notice," construed as a motion under Rule 60(b) of the Federal Rules of Civil Procedure.

Defendant's assertion in his motion that the Court failed to address his section 2255 claim that counsel was ineffective for allowing his right to confrontation to be violated is inaccurate since this issue was already considered and denied, as explained in the Court's Order of April 5, 2006 (doc. 142).

Accordingly, it is **ORDERED**:

1.  Because the court finds that the defendant has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

**ORDERED** on this 15th day of October, 2007.

s/*L. A. Collier*
_____
Lacey A. Collier
Senior United States District Judge