# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                    CASE NO.  3:96cr80LAC

STEVEN ANTHONY GRAHAM

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    APRIL 4, 2008
Motion/Pleadings:  MOTION UNDER FED.R.CIV.P. 60(b)(4)
Filed by  DEFENDANT PRO SE    on 3/14/2008    Doc.# 182

RESPONSES:

                                       on             Doc.#
                                       on             Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 7th day of April, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

                                                                         *s/L.A. Collier*
                                                             ***LACEY A. COLLIER***
                                       ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.