**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                      3:96cr80/LAC

**STEVEN ANTHONY GRAHAM**

---

## ORDER

The defendant has filed a notice of appeal (doc. 184) which this court construes as a request for a certificate of appealability.[1]  Defendant appeals the court's denial of his Rule 60(b) motion.  (Doc. 183).  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying a Rule 60(b) motion. *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003). A certificate of appealability should not issue in the appeal from the denial of a Rule 60(b) motion in a habeas case unless the petitioner/defendant shows, at a minimum, that it is debatable among jurists of reason whether the district court abused its discretion, see *Mobley v. Head*, 306 F.3d 1096, 1097 (11th Cir. 2002) ("This Court reviews a denial of a 60(b) motion for an abuse of discretion.").  Because the court finds the defendant has not made the requisite showing, his request for a certificate of appealability is DENIED.

DONE AND ORDERED this 22nd day of April, 2008.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR U.S. DISTRICT JUDGE**

---

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).