# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                          3:96cr80/LAC
                                                               3:01cv148/LAC

**STEVEN ANTHONY GRAHAM**

---

## ORDER

The defendant has filed a notice of appeal/application for certificate of appealability (doc. 204) and a motion to proceed *in forma pauperis* on appeal. (Doc. 206). Defendant appeals the court's denial of his motion to modify and/or vacate district court order, and now asks that this motion be construed as having been filed pursuant to Fed.R.Civ.P. 60(b). (See Doc. 204). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying a Rule 60(b) motion. *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003). A certificate of appealability should not issue with respect to such a motion unless the petitioner/defendant shows, at a minimum, that it is debatable among jurists of reason whether the district court abused its discretion in denying the motion. See *Mobley v. Head*, 306 F.3d 1096, 1097 (11th Cir. 2002). Because the court finds the defendant has not made the requisite showing, his request for a certificate of appealability is DENIED. The court also finds that the appeal is not taken in good faith and defendant is not otherwise entitled to proceed *in forma pauperis*. Fed.R.App.P. 24(a)(3). Therefore, his motion for leave to so proceed is

*Page 2 of 2*

denied.  Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 2nd day of October, 2008.

s/*L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

*Case No: 3:96cr80/LAC; 3:01cv148/LAC*