# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                                                CASE NO. 3:96cr80-01/LAC

STEVEN ANTHONY GRAHAM

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   August 25, 2009

Motion/Pleadings:  MOTION under Rule 60(b)

Filed by  DEFENDANT PRO SE    on  8/03/2009    Doc.#  220

RESPONSES:

  None                                 on             Doc.#

                                     on             Doc.#

\_\_\_ Stipulated    \_\_\_ Joint Pldg.

\_\_\_ Unopposed   \_\_\_ Consented

                                  WILLIAM M. McCOOL, CLERK OF COURT

                                  *s/Jerry Marbut*

LC (1 OR 2)                     Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of August, 2009, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

                                                  *s/L.A. Collier*
                                                  ***LACEY A. COLLIER***
                                   *Senior United States District Judge*