UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.   3:96cr80/LAC/CJK
                3:15cv220/LAC/CJK

STEVEN ANTHONY GRAHAM
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 13, 2015 (doc. 309).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 308) is

**SUMMARILY DISMISSED**, as this court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

    3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 15th day of June, 2015.

s/*L.A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case Nos. 3:96cr80/LAC/CJK; 3:15cv220/LAC/CJK