UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.  3:96cr80-LAC-CJK
              3:18cv988-LAC-CJK

**STEVEN ANTHONY GRAHAM**
_____/

### **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 15, 2018 (doc. 357). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Steven Anthony Graham's Motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (ECF No. 356) is **SUMMARILY DISMISSED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 31st day of May, 2018.

       *s/L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**

Case Nos. 3:96cr80-LAC-CJK; 3:18cv988-LAC-CJK