UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:  3:96cr80-LAC-HTC
3:20cv5908-LAC-HTC

STEVEN ANTHONY GRAHAM,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 9, 2020 (ECF No. 391). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 391) is adopted and incorporated by reference in this order.

2.    Defendant Steven Anthony Graham's Motion under 28 U.S.C. ' 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 389) is **SUMMARILY**

**DISMISSED** without an evidentiary hearing.

3. A certificate of appealability is **DENIED**.

4. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 21st day of December, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**